

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2018

No. 04-18-00718-CV

**IN THE INTEREST OF J. B. S., ET AL**.,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02879
Honorable Richard Garcia, Judge Presiding

# O R D E R

The reporter's record in this accelerated appeal was due October 12, 2018. However, court reporter Angelita Rangel Jimenez failed to file the reporter's record. On October 18, 2018, Ms. Jimenez filed a notification of late record asking for an extension of time. In her notice, Ms. Jimenez explains her other duties preclude her from working on the record, but she anticipates completing it by November 2, 2018.

We remind the court reporter that, by statute, this appeal is accelerated, **and is to take precedence over other matters**. TEX. FAM. CODE ANN. § 109.002(a-1). Strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights — specifically, the appellate court must dispose of the appeal within 180 days of the date the notice of appeal is filed in the trial court. With regard to the appellate record, pursuant to Rule 35.3(c) of the appellate rules, this court may not grant an extension of more than ten days in an accelerated appeal. TEX. R. APP. P. 35.3(c). Moreover, in appeals involving the termination of parental rights, any extensions granted "must not exceed 30 days cumulatively, absent extraordinary circumstances." *See* R. 28.4(b)(2).

We therefore **GRANT** the court reporter's request for an extension of time to file the reporter's record in this court. We **ORDER** court reporter Angelita Rangel Jimenez to file the reporter's record in this court **on or before November 2, 2018**.

We further **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2018.



_____

KEITH E. HOTTLE,
Clerk of Court